

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

GERALD C. MANN
WILL WILSON
ATTORNEY GENERAL

January 24th, 1939

Hon. Tom F. Coleman
County Attorney
Lufkin, Texas

Dear Mr. Coleman:　　　　　　　Opinion No. O-195
　　　　　　　　　　　　　　　　Re: Payment of Bond Tax.

　　　Your request for an opinion on the following question;

　　　"Whether the tax assessor collector can accept
orders for poll taxes on the last of January for
delivery later, sometimes the last of February and
the taxes are paid when delivered"

has been received by this office.

　　　Article 2959, Revised Civil Statutes of Texas pro-
vides;

　　　"A poll tax shall be collected from every
person between the ages of twenty-one and sixty
years who resided in this State on the first day
of January preceding its levy, Indians not taxed,
persons insane, blind, deaf or dumb, and those
who have lost a hand or foot, or permanently dis-
abled, excepted.  It shall be paid at any time
between the first day of October and the first
day of February following; and the person when
he pays it, shall be entitled to his poll tax re-
ceipt, even if his other taxes are unpaid."

　　　Article 198 of the Penal Code of Texas, provides;

　　　"Any collector of taxes, or any one in his
employ, who wilfully fails or refuses to tran-
scribe correctly from the original poll tax re-
ceipt or certificate of exemption and insert in
the duplicate retained in the collector's office
the name and other description of the citizen re-
quired by law to be given by him, or who fails to
transcribe correctly from the duplicate kept in
the collector's office and insert in the list of
qualified voters of a precinct the name and de-
scription of the citizen as contained in said

duplicate, or who issues a poll tax receipt after the
first day of February in any year, bearing a date
prior to the first day of February, or who wilfully
fails to keep said original duplicate securely lock-
ed up when the same are not being used, or permits
them to be mutilated, defacted, lost or destroyed,
or who conceals, alters or destroys them, shall be
fined not less than one hundred nor more than five
hundred dollars."

The statute provides that poll taxes shall be paid
at any time between the first day of October and the first
day of February following, and the person when he pays shall
be entitled to his poll tax receipt. The statute does not
provide for the issuance of receipts upon deferred payments,
and you are respectfully advised that the tax assessor-collec-
tor has no authority to issue poll tax receipts bearing date
prior to the time that such poll taxes are actually paid, and
by issuing poll tax receipts bearing prior dates of an actual
payment, is subject to prosecution under Article 198 of the
Penal Code.

Trusting that the foregoing answers your inquiry, I
remain

Yours very truly

ATTORNEY GENERAL OF TEXAS


By s/Ardell Williams
Ardell Williams
Assistant

AW:OMB:wc


APPROVED
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS